WILLIAM PITTAWAY, Respondent, v. GERTRUDE BLAKELY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JEROME M. PITOFSKY, by LOUIS PITOFSKY, His Guardian ad Litem, and LOUIS PITOFSKY, Respondents, v. DALU CORPORATION, Appellant, Impleaded with Others, Defendants.— The plaintiffs failed to establish any actionable negligence. Judgment reversed, with costs, and the complaint dismissed, with costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to affirm.

In the Matter of the Judicial Settlement of the Account of Proceedings of the Public Administrator of the County of New York, of the Estate of LOUISE STROTHMAN, Also Known as LOUISA STROTTMAN, Also Known as LOUISA STROTTMANN, Deceased. (Application to Reopen Decree on Accounting and Direct Payment of Claim.) JAMES J. RHODES and MARIE JOHNSON RHODES, Petitioners, Appellants; THE PUBLIC ADMINISTRATOR OF THE CITY OF NEW YORK and Another, Respondents.— Order unanimously affirmed, with costs to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THOMAS M. REDDY, Respondent, v. NATIONAL TRANSPORTATION Co., INC., and Another, Appellants, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHARLES ANDERSON, Respondent, v. OGDEN MILLS REID and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HAROLD LIGGETT, Appellant, v. GLEN OAKS CLUB, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EXCELLITE PRODUCTS CORPORATION, Respondent, v. SAMUEL KESSLER, Individually and Doing Business under the Firm Name and Style of S. & K. MANUFACTURING Co., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

CHAIM EITCHES, Respondent, v. NEW YORK EYE AND EAR INFIRMARY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HARRY J. STEINBREDER, Appellant, v. LUCILLE P. COFF, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of THE SICILIAN ASPHALT PAVING COMPANY, Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination annulled, with fifty dollars costs and disbursements to the petitioner, on the ground that asphalt is not a " building material " within the contemplated construction of the local law.* Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent.

---

* New York City Local Laws of 1934, No. 25 (published as No. 26).— [REP.